JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Kenneth W. Ford, Sr., aka Kenneth Ford,<br><br>Defendant | No. CV 13-04371<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kenneth W. Ford, Sr., aka Kenneth Ford, in the principal amount of $2,663.29 plus interest accrued to June 6, 2013, in the sum of $5,755.26; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$8,418.55**.

DATED: July 15, 2013         By: TERRY NAFISI
                                 Clerk of the Court

                                 /s/ Jenny Lam
                                 Deputy Clerk
                                 United States District Court